SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
John Y. Kim (SBN 225248)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>CHUONG PHU D/B/A RAY'S LIQUOR; and DOES 1 through 10,<br><br>           Defendants. | CASE NO. 2:17-cv-06341 RSWL (JEMx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Andres Gomez ("Plaintiff") and Defendant Chuong Phu d/b/a Ray's Liquor have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

 DATED:  February 23, 2018            **SO. CAL EQUAL ACCESS GROUP**

                                                           */s/ Jason Yoon*
                                                          JASON YOON
                                                          Attorney for Plaintiff