**SO. CAL. EQUAL ACCESS GROUP**
Jason Yoon (SBN 306137)
John Y. Kim (SBN 225248)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
ANDRES GOMEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHUONG PHU D/B/A RAY'S LIQUOR; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 2:17-cv-06341 RSWL (JEMx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff ANDRES GOMEZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　(1)　*Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(i)　A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  Defendant, CHUONG PHU D/B/A RAY'S LIQUOR, has neither answered Plaintiff's
2  Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be
3  dismissed without an Order of the Court.
4
5  DATED:  March 16, 2018          SO. CAL. EQUAL ACCESS GROUP
6
7                                  By:   */s/   Jason Yoon*
8                                        Jason Yoon, Esq.
                                         Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**